**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Concrete Solutions & Supply** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **CSS** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3204963** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2626 Lavery Ct #301**<br>**Newbury Park, CA 91320-1511**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Ventura**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **http://www.concretesolutionsandsupply.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Concrete Solutions & Supply**                                    Case number *(if known)* _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>    2382    </u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

| Debtor | **Concrete Solutions & Supply** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| --- | --- | --- | --- | --- |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Concrete Solutions & Supply**

Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☑ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Concrete Solutions & Supply**                    Case number (*if known*) _____
         Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2023**
              MM / DD / YYYY

**X** **/s/ Alton Anderson** _____        **Alton Anderson** _____
    Signature of authorized representative of debtor        Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Steven R. Fox** _____        Date    **April 25, 2023** _____
    Signature of attorney for debtor                          MM / DD / YYYY

**Steven R. Fox** _____
Printed name

**The Fox Law Corporation Inc.** _____
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316** _____
Number, Street, City, State & ZIP Code

Contact phone    **818 774-3545** _____        Email address    **SRFox@foxlaw.com** _____

**138808 CA** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Concrete Solutions & Supply**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■   Other document that requires a declaration    **Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 25, 2023__      *X* **/s/ Alton Anderson**
                                        Signature of individual signing on behalf of debtor

                                        **Alton Anderson**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Concrete Solutions & Supply** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3M PO Box 844127 Dallas, TX 75284-4127** | ahernandez@pacificcoating.net 18003070058 | **Vendor** | **Disputed** | | | **$20,761.34** |
| **Ashine - Consignment 12D 88 Xiangyu Rd Xiamen, Fujian China 361006** | ashine@ashinetools.com 5688618 | **Vendor** | | | | **$9,914.12** |
| **Bartell Morrison, Inc. 4701 Allmond Ave Louisville, KY 40209-1404** | shawna.carr@sbg-corp.com 8665011683-418 | **Vendor** | | | | **$2,767.44** |
| **BDC Epoxy Systems Inc. 12903 Sunshine Ave Santa Fe Springs, CA 90670-0445** | patricia@bdcepoxy.com 5629446177 | **Vendor for approx. 80,385.35 Loan for remaining balance** | | | | **$130,385.35** |
| **Diamond Vantage 2025 Alton Pkwy Irvine, CA 92606** | khamilton@diamondvantage.com 8663224078 | **Vendor** | | | | **$2,770.03** |
| **Do It Right 44321 62nd St. W Lancaster, CA 93536** | doitrightproducts@yahoo.com 6617229664 | **Vendor** | | | | **$11,012.03** |
| **Electro Motor, Inc. 411 Century Ct Piney Flats, TN 37686** | tbowman@electromtr.com 4235385303 | **Vendor** | | | | **$4,094.24** |
| **Euclid Chemical Co 19218 Redwood Rd PO BOx 932674 Cleveland, OH 44193** | cschmidt@euclidchemical.com 18003217628 | **Vendor** | | | | **$12,776.96** |

| Debtor | **Concrete Solutions & Supply** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forte Tools Inc**<br>**517 Florence Ave**<br>**Monterey Park, CA**<br>**91755** | jasonzhu@fortetoolsinc.com<br>6268182197 | Vendor | | | | **$4,519.00** |
| **Hawk Enterprises Inc**<br>**2902 Park Six Ct**<br>**Elkhart, IN 46514** | matt@westcoast-sales.com<br>8882894295 | Vendor | | | | **$2,776.26** |
| **HB Fuller Construction Products**<br>**PO Box 842401**<br>**Boston, MA**<br>**02284-2401** | hbf-cp.flooringfax@hbfuller.com<br>8008329002 | Vendor | | | | **$4,323.00** |
| **Husqvarna**<br>**PO Box 2771**<br>**Carol Stream, IL**<br>**60132-2771** | hcpcustomer.service@husqvarna.com<br>9512722330 | Vendor | | | | **$7,897.06** |
| **Innovative Container Corp**<br>**16010 Showmaker Ave**<br>**Cerritos, CA 90703** | kyle@inncontainercorp.com<br>5628023444 | Vendor | | | | **$1,556.40** |
| **Linzer Products Corp**<br>**248 Wyandanch Ave**<br>**West Babylon, NY**<br>**11704** | lindaa@linzerproducts.com<br>8189790033 | Vendor | | | | **$1,450.49** |
| **Metabo Corp**<br>**PO Box 824578**<br>**Philadelphia, PA**<br>**19182** | customerservice@metabousa.com<br>8006382264 | Vendor | | | | **$43,050.56** |
| **Motive Energy**<br>**1500 E. Kimbery Ave**<br>**Fullerton, CA 92831** | kpalazzolo@motive-energy.com<br>7148882547 | Vendor | | | | **$2,559.60** |
| **Syntec Diamond Tools**<br>**964 Borra Pl**<br>**Escondido, CA**<br>**92029** | jasonr@syntecsolution.com<br>7607377407 | Vendor | | | | **$72,704.04** |
| **Twin Max Tools Corp**<br>**5439 E La Palma Ave**<br>**Anaheim, CA 92807** | twinmaxtoolsms@gmail.com<br>7146931777 | Vendor | | | | **$15,071.10** |
| **U.S. Saws**<br>**PO Box 89992**<br>**Tampa, FL 33689** | suzanne.snyder@ussaws.com<br>7144347297 | Vendor | | | | **$9,667.33** |

| Debtor | **Concrete Solutions & Supply** | | Case number *(if known)* | |
|--------|-------------------------------|--|---------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Westpak USA 2345 N. Glassell St Orange, CA 92865** | **orders@westpakusa.com 7145306995** | **Vendor** | | | | **$1,338.95** |

# United States Bankruptcy Court
## Central District of California

In re   **Concrete Solutions & Supply**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alton Anderson**<br>**2626 Lavery Ct #301**<br>**Newbury Park, CA 91320** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 25, 2023**

Signature   **/s/ Alton Anderson**

**Alton Anderson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Concrete Solutions & Supplies, Inc., 1:10-bk-14088-MT**
**Discharge Granted and Case closed**
**Debtor has owned no real property**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**See section 1**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **April 25, 2023**_____

**/s/ Alton Anderson**_____
**Alton Anderson**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                     *Page 1*               **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Concrete Solutions & Supply**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $ _____157,736.85

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ _____157,736.85

---

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____479,754.42

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____15,819.09

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____453,718.98

4.    Total liabilities ........................................................................................
    Lines 2 + 3a + 3b          $ _____949,292.49

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Concrete Solutions & Supply**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $300.00 |
| 2.      **Cash on hand** | $100.00 |
| 2.      **Cash on hand** | $288.50 |
| 2.      **Cash on hand** | $250.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank - Balance as of 04/24/2023** | **General Checking Acct** | 1571 | $3,284.95 |
| 3.2. | **Citibank - Balance as of 04/24/2023** | **Tax** | 1783 | $42.97 |
| 3.3. | **Citibank - Balance as of 04/24/2023** | **Cash** | 7024 | $832.87 |

4.      **Other cash equivalents** *(Identify all)*

Debtor    **Concrete Solutions & Supply**                    Case number *(If known)* _____
      Name

| 5. | **Total of Part 1.** | | **$5,099.29** |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

    7.1.  **Newbury Park Facility Security Deposit with Akpac, LLC**           **$2,302.13**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | **$2,302.13** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **45,607.71** | - | **0.00** | =.... | **$45,607.71** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **16,636.29** | - | **2,512.91** | =.... | **$14,123.38** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$59,731.09** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor    **Concrete Solutions & Supply**                Case number *(If known)* _____
             Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Drawer File Cabinet: Newbury Park 5 / Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$50.00** |
| | **Executive Chair: Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$20.00** |
| | **Task Chair: Newbury Park 4** | **$0.00** | **Mgmt Opinion** | **$20.00** |
| | **Tall Task Chair: Newbury Park 1 / Fullerton 3** | **$0.00** | **Mgmt Opinion** | **$60.00** |
| 40. | **Office fixtures** **Desks: Newbury Park 4 / Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$125.00** |
| | **Front Counter: Newbury Park 1 / Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$125.00** |
| | **Office Cabinets: Fullerton 3** | **$0.00** | **Mgmt Opinion** | **$30.00** |
| | **Shelving Units: Newbury Park 7, Fullerton 12** | **$0.00** | **Mgmt Opinion** | **$700.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Adding Machine: Newbury Park 2** | **$0.00** | **Mgmt Opinion** | **$10.00** |
| | **Coffee Station: Newbury Park 1 / Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$40.00** |
| | **Desktop Computers: Newbury Park 4 / Fullerton 4** | **$0.00** | **Mgmt Opinion** | **$400.00** |
| | **Inkjet Printer: Newbury Park 1** | **$0.00** | **Mgmt Opinion** | **$15.00** |
| | **Laser Printer: Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$60.00** |
| | **Printer/Copier/Fax: Newbury Park 1, Fullerton 1** | **$0.00** | **Mgmt Opinion** | **$50.00** |
| | **Wire Shelf Unit: Newbury Park 1 / Fullerton** | **$0.00** | **Mgmt Opinion** | **$60.00** |

Debtor    **Concrete Solutions & Supply**                                    Case number *(If known)* _____
Name

| **Park 1** | | | |
|---|---|---|---|
| **Refrigerator Standard: Fullerton 1** | $0.00 | **Mgmt Opinion** | $50.00 |
| **Refigerator Small: Newbury Park 1** | $0.00 | **Mgmt Opinion** | $25.00 |
| **Microwave: Newbury Park 1** | $0.00 | **Mgmt Opinion** | $25.00 |
| **Coffee Pot - Newbury Park 1 / Fullerton Park 1** | $0.00 | **Mgmt Opinion** | $20.00 |
| **Phone Landlines: Newbury Park 4** | $0.00 | **Mgmt Opinion** | $60.00 |
| **Arrow Sign: Fullerton 1** | $0.00 | **Mgmt Opinion** | $10.00 |
| **Dry Erase Board: Newbury Park 1** | $0.00 | **Mgmt Opinion** | $10.00 |
| **Phone Landlines: Fullerton 6** **Leased landlines from Telecloud** | $0.00 | | $0.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.   **None**                                    $0.00                                    $0.00

43.    **Total of Part 7.**                                                                    | $1,965.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.   **2003 Prem Carrier Trailer** **VIN#5DYDF17223C300360**                $0.00    **Mgmt Opinion**    $1,000.00

| Debtor | **Concrete Solutions & Supply** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2015 Ford F250**<br>**VIN#1FT7X2A69FEA82086**<br>**Title in Principal's Name / CSS Makes**<br>**Payments** | $0.00 | **Mgmt Opinion** | $5,500.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Drill Press: Newbury Park 1, Fullerton 1** | $0.00 | **Mgmt Opinion** | $125.00 |
| | **Electric Fan: Fullerton 1** | $0.00 | **Mgmt Opinion** | $10.00 |
| | **Forklift: Newbury Park 1 / Fullerton 1** | $0.00 | **Mgmt Opinion** | $125.00 |
| | **Furniture Dolly: Fullerton 4** | $0.00 | **Mgmt Opinion** | $40.00 |
| | **Hydraulic Press: Fullerton 1** | $0.00 | **Mgmt Opinion** | $100.00 |
| | **Pallet Jack: Newbury Park 1 / Fullerton 1** | $0.00 | **Mgmt Opinion** | $100.00 |
| | **Rolling Carts: Newbury Park 3, Fullerton 5** | $0.00 | **Mgmt Opinion** | $200.00 |
| | **Tool Boxes: Newbury Park 1, Fullerton 2** | $0.00 | **Mgmt Opinion** | $800.00 |
| | **Electric Heaters: Fullerton 1** | $0.00 | **Mgmt Opinion** | $20.00 |
| | **Forklift Battery Charger: Newbury Park 1** | $0.00 | **Mgmt Opinion** | $150.00 |
| | **Rental Inventory (Fullerton): 8" 110V Shot Blaster #28100012** | $0.00 | **Revenue based** | $1,000.00 |
| | **Rental Inventory (Fullerton): 8" 220V Shot Blaster #3695b** | $0.00 | **Revenue based** | $1,000.00 |
| | **Rental Inventory (Fullerton): 15" 230/460V Shot Blaster and Vac #4053** | $0.00 | **Revenue based** | $4,000.00 |
| | **Rental Inventory (Fullerton): 20" 110v Burnisher #1627100508** | $0.00 | **Revenue based** | $250.00 |
| | **Rental Inventory (Fullerton): 27" Propane Burnisher** | $0.00 | **Revenue based** | $600.00 |

| Debtor | **Concrete Solutions & Supply** | | Case number *(If known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| **Rental Inventory (Fullerton): 17" Hawk Floor Machine/Buffer #2209139758** | $0.00 | Revenue based | $200.00 |
| **Rental Inventory (Fullerton): 701s 2Head Terrco 1 #1324** | $0.00 | Revenue based | $6,500.00 |
| **Rental Inventory (Fullerton): 701s 2Head Terrco 2 #1332** | $0.00 | Revenue based | $6,500.00 |
| **Rental Inventory (Fullerton): 701 Propane Terrco - Prototype** | $0.00 | Revenue based | $4,000.00 |
| **Rental Inventory (Fullerton): 6200 8 Head Terrco #1403** | $0.00 | Revenue based | $12,000.00 |
| **Rental Inventory (Fullerton): 16" On Floor #3720** | $0.00 | Revenue based | $1,500.00 |
| **Rental Inventory (Fullerton): 25" Mag Broom** | $0.00 | Revenue based | $50.00 |
| **Rental Inventory (Fullerton): 13" Scarifier** | $0.00 | Revenue based | $250.00 |
| **Rental Inventory (Fullerton): 5625 Ride on Scrapper #170064** | $0.00 | Revenue based | $13,000.00 |
| **Rental Inventory (Fullerton): 2 Motor Ruwac #70737** | $0.00 | Revenue based | $300.00 |
| **Rental Inventory (Fullerton): 26 Vacuum 1 #31** | $0.00 | Revenue based | $500.00 |
| **Rental Inventory (Fullerton): DC3300 Vacuum 2** | $0.00 | Revenue based | $800.00 |
| **Rental Inventory (Newbury): 20" 110V Burnisher #2039129808** | $0.00 | Revenue based | $250.00 |
| **Rental Inventory (Newbury): 20" Auto Scrubber #301693** | $0.00 | Revenue based | $600.00 |
| **Rental Inventory (Newbury): 16" On Floor 2 #3800** | $0.00 | Revenue based | $1,500.00 |
| **Rental Inventory (Newbury): 2 Motor Ruwav Little Red #1433** | $0.00 | Revenue based | $300.00 |
| **Rental Inventory (_): 7" Hand Grinder #1** | $0.00 | | $194.34 |

Debtor    **Concrete Solutions & Supply**
Name

Case number *(If known)* _____

**Rental Inventory (_): 7" Hand Grinder #2**    |    $0.00    |    |    $175.00

---

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $63,639.34 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Akpac - Newbury Park**<br>**2626 Lavery Ct., Ste 301**<br>**Newbury Park, CA 91320** | **Lease** | **$0.00** | **N/A** | **$0.00** |
| 55.2.  **Utopia - Fullerton**<br>**1220 Burt Place**<br>**Fullerton, CA 92831** | **Lease** | **$0.00** | **N/A** | **$0.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

| Debtor | **Concrete Solutions & Supply** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| **61.** | **Internet domain names and websites** | | |
| | csandsupply.com | **$0.00** | | **$0.00** |
| | learntopolishconcrete.com | **$0.00** | | **$0.00** |
| | concretecoatingsupplies.com | **$0.00** | | **$0.00** |
| | decorativeconcretesupplier.com | **$0.00** | | **$0.00** |
| | concretepolishingproduct.com | **$0.00** | | **$0.00** |
| | concretepolishingsupppliers.com | **$0.00** | | **$0.00** |
| | concreterentalequipment.com | **$0.00** | | **$0.00** |
| | concretecoatingsuppliers.com | **$0.00** | | **$0.00** |
| | concretegrindingproducts.com | **$0.00** | | **$0.00** |
| | concretesolutionsandsupply.com | **$0.00** | | **$0.00** |
| **62.** | **Licenses, franchises, and royalties** | | |
| | **City of Thousand Oaks Business License** | **$0.00** | | **$0.00** |
| | **City of Fullerton Business License** | **$0.00** | | **$0.00** |
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| | **Yes.** | **$0.00** | | **$0.00** |

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No

■ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor    **Concrete Solutions & Supply**
_____    Case number *(If known)* _____
Name

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Placeholder for Secured Creditor interests. Placed here solely to permit the software to link Schedule B assets to certain Schedule D Creditors.** | **$0.00** |
| **Debtor is holding M&E on consignment for a contractor to sell the M&E. SS to be paid 20% of the sales prices. Value uncertain and when the M&E will be sold is uncertain. The monies realized could be as much as $5,000 but the actual prices received are uncertain."** | **$25,000.00** |

78.    **Total of Part 11.**                                      | **$25,000.00** |
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Concrete Solutions & Supply**

Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,099.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,302.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $59,731.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,965.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $63,639.34 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $157,736.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $157,736.85 |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 10

**Multi-Store Consolidation (1,2)**

| Inventory By Department | |
|---|---|
| Inventory as of: Sunday, April 23, 2023 | Page 1 of 2 |

Department!=RENTAL ASSET

Date Printed: Sunday, April 23, 2023

| Department | QOH | Cost | Retail | Gross Profit |
|---|---|---|---|---|
| ABRASIVE | 344 | $844.67 | $1,528.00 | 44.72% |
| APPLICATION CONSUMABLES | 3,495 | $6,050.53 | $9,962.49 | 39.27% |
| APPLICATION TOOLS | 722 | $8,178.58 | $12,977.03 | 36.98% |
| CEMENT TOPPINGS | 592 | $14,506.16 | $26,784.51 | 45.84% |
| CHIPS | 2,475 | $4,516.36 | $6,133.05 | 26.36% |
| COATING MATERIALS | 16 | $325.34 | $1,047.76 | 68.95% |
| CRACK BLADE | 19 | $477.38 | $705.22 | 32.31% |
| CUTTER TEETH | 32 | $94.27 | $139.95 | 32.64% |
| DENSIFIERS | 123 | $5,517.85 | $10,852.56 | 49.16% |
| DIAMOND ADAPTERS | 112 | $1,202.50 | $2,231.59 | 46.11% |
| DIAMOND CUP WHEELS | 237 | $9,769.94 | $14,162.03 | 31.01% |
| DIAMOND CUTTING BLADES | 34 | $432.45 | $658.01 | 34.28% |
| DIAMONDS | 844 | $12,689.56 | $19,986.65 | 36.51% |
| DUST SHROUDS | 25 | $1,646.06 | $2,653.90 | 37.98% |
| DYES | 225 | $5,677.69 | $7,630.52 | 25.59% |
| EPOXY COATING | 606 | $25,645.80 | $39,536.04 | 35.13% |
| EPOXY PRIMERS | 43 | $1,837.00 | $2,826.36 | 35.00% |
| EPOXY SEALERS | 23 | $2,740.00 | $4,228.64 | 35.20% |
| FAST CHANGE | 1,090 | $12,389.20 | $18,895.32 | 34.43% |
| FLOOR BUFFER PADS | 161 | $4,133.60 | $5,971.79 | 30.78% |
| GRINDERS | 215 | $36,379.12 | $55,137.01 | 34.02% |
| METALLICS | 221 | $3,859.42 | $5,635.50 | 31.52% |
| MISC CHEMICALS | 155 | $2,451.67 | $3,635.90 | 32.57% |
| PARTS / BELTS | 19 | $599.16 | $960.70 | 37.63% |
| PARTS / ELECTRICAL | 70 | $5,003.13 | $8,970.10 | 44.22% |
| PARTS / FLOOR BUFFERS | 15 | $824.40 | $1,093.35 | 24.60% |
| PARTS / GRINDERS | 1,984 | $17,011.52 | $23,582.25 | 27.86% |
| PARTS / HAND GRINDERS | 74 | $631.86 | $1,013.68 | 37.67% |
| PARTS / MISC | 61 | $2,523.96 | $2,994.60 | 15.72% |
| PARTS / SCARIFIERS | 1 | $99.00 | $151.47 | 34.64% |
| PARTS / SCRAPERS | 3 | $30.91 | $58.28 | 46.96% |
| PARTS / SHOT BLASTERS | 93 | $7,226.80 | $11,235.57 | 35.68% |
| PARTS / VACUUM | 120 | $4,706.28 | $7,134.21 | 34.03% |
| PATCH / REPAIR | 246 | $3,772.99 | $4,927.40 | 23.43% |
| PCD'S | 355 | $6,761.71 | $13,512.50 | 49.96% |
| POLISHING PADS | 798 | $8,303.44 | $14,189.41 | 41.48% |
| PRIMERS | 41 | $1,005.03 | $1,951.70 | 48.51% |

**Multi-Store Consolidation (1,2)**

| Inventory By Department | |
|---|---|
| Inventory as of: Sunday, April 23, 2023 | Page 2 of 2 |

Department!=RENTAL ASSET

Date Printed: Sunday, April 23, 2023

| Department | QOH | Cost | Retail | Gross Profit |
|---|---|---|---|---|
| RESINS | 688 | $7,760.98 | $11,190.45 | 30.65% |
| SAFETY CONSUMABLES | 19 | $904.73 | $1,357.50 | 33.35% |
| SANDING DISCS | 224 | $957.05 | $1,459.86 | 34.44% |
| SANDING SCREENS | 213 | $872.58 | $1,441.78 | 39.48% |
| SCRAPER BLADES | 315 | $3,258.86 | $5,184.63 | 37.14% |
| SCRAPER TOOLS | 9 | $822.78 | $1,127.03 | 27.00% |
| SEALERS | 321 | $19,590.35 | $28,356.56 | 30.91% |
| SPECIAL ORDERS | 2 | $130.47 | $289.66 | 54.96% |
| SPRAYER ACCESORIES | 81 | $534.69 | $871.21 | 38.63% |
| SPRAYERS | 12 | $634.88 | $964.80 | 34.20% |
| STAINS | 263 | $7,408.00 | $10,262.33 | 27.81% |
| STEEL SHOT | 60 | $1,930.93 | $2,940.00 | 34.32% |
| UNDERLAY | 163 | $3,143.49 | $4,635.50 | 32.19% |
| URETHANES | 18 | $1,430.49 | $2,203.28 | 35.07% |
| Totals: | 18077 | $269,245.60 | $417,379.64 | 35.49% |

**Multi-Store Consolidation (1,2)**

| | Received Purchase Orders Summary | |
|---|---|---|
| From: Monday, April 3, 2023 | To: Saturday, April 22, 2023 | Page 1 of 4 |

Posted Only

| Purchase Order | Total Units | Received Date | List Cost | Discount | Extra Amount | Vendor | ExchangeRate | SubTotal | Shipping | DutyAmount | Invoice Number | MiscAmount | LandedCost | Ventura | Surcharge | Posted Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO87041 | | Apr-12-2023 11:19 | | | | CHAMPION CUTTING TOOL | | | | | 1658773 | | | | | Y |
| | 20 | | $49.00 | $0.00 | $0.00 | | 1.0000 | $49.00 | $0.00 | $0.00 | | $0.00 | $49.00 | $0.00 | $0.00 | $0.00 | $49.00 |
| PO87041 | | Apr-12-2023 11:19 | | | | CHAMPION CUTTING TOOL | | | | | 1658773 | | | | | Y |
| | 30 | | $105.70 | $0.00 | $0.00 | | 1.0000 | $105.70 | $20.68 | $0.00 | | $0.00 | $126.38 | $0.00 | $0.00 | $0.00 | $126.38 |
| PO87076 | | Apr-19-2023 12:43 | | | | DIAMOND VANTAGE | | | | | 10051801 | | | | | Y |
| | 47 | | $478.17 | $0.00 | $0.00 | | 1.0000 | $478.17 | $0.00 | $0.00 | | $0.00 | $478.17 | $0.00 | $0.00 | $0.00 | $478.17 |
| PO87082 | | Apr-05-2023 12:27 | | | | Flodraulic Group Inc. | | | | | 6337221 | | | | | Y |
| | 1 | | $133.35 | $0.00 | $0.00 | | 1.0000 | $133.35 | $356.26 | $0.00 | | $0.00 | $489.61 | $0.00 | $0.00 | $0.00 | $489.61 |
| PO87108 | | Apr-04-2023 13:13 | | | | SRP DIAMOND TOOL | | | | | 20230317 | | | | | Y |
| | 254 | | $2,991.00 | $0.00 | $0.00 | | 1.0000 | $2,991.00 | $0.00 | $0.00 | | $0.00 | $2,991.00 | $0.00 | $0.00 | $0.00 | $2,991.00 |
| PO87111 | | Apr-11-2023 6:47 | | | | ASTC POLYMERS INC | | | | | 7528 | | | | | Y |
| | 12 | | $1,776.00 | $0.00 | $0.00 | | 1.0000 | $1,776.00 | $0.00 | $0.00 | | $0.00 | $1,776.00 | $0.00 | $0.00 | $0.00 | $1,776.00 |
| PO87115 | | Apr-03-2023 10:29 | | | | H.B. FULLER CONSTRUCTION PRODUCTS | | | | | 901219007 | | | | | Y |
| | 100 | | $1,441.00 | $0.00 | $0.00 | | 1.0000 | $1,441.00 | $0.00 | $0.00 | | $0.00 | $1,441.00 | $0.00 | $0.00 | $0.00 | $1,441.00 |
| PO87117 | | Apr-06-2023 10:32 | | | | U.S. SAWS | | | | | S124673 | | | | | Y |
| | 15 | | $1,018.36 | $0.00 | $0.00 | | 1.0000 | $1,018.36 | $0.00 | $0.00 | | $0.00 | $1,018.36 | $0.00 | $0.00 | $0.00 | $1,018.36 |
| PO87118 | | Apr-11-2023 8:28 | | | | WESTPAK USA | | | | | 230622 | | | | | Y |
| | 23 | | $561.85 | $0.00 | $0.00 | | 1.0000 | $561.85 | $0.00 | $0.00 | | $0.00 | $561.85 | $0.00 | $0.00 | $0.00 | $561.85 |
| PO87141 | | Apr-05-2023 12:48 | | | | TWIN MAX TOOLS CORP | | | | | 2304052 | | | | | Y |
| | 238 | | $4,520.75 | $0.00 | $0.00 | | 1.0000 | $4,520.75 | $0.00 | $0.00 | | $0.00 | $4,520.75 | $0.00 | $0.00 | $0.00 | $4,520.75 |
| PO87142 | | Apr-03-2023 10:28 | | | | B.D. CLASSIC ENTERPRISES | | | | | 81739 | | | | | Y |
| | 115 | | $4,928.50 | $0.00 | $0.00 | | 1.0000 | $4,928.50 | $0.00 | $0.00 | | $0.00 | $4,928.50 | $0.00 | $0.00 | $0.00 | $4,928.50 |
| PO87143 | | Apr-03-2023 10:47 | | | | AMERIPOLISH | | | | | 157623 | | | | | Y |
| | 1 | | $64.89 | $0.00 | $0.00 | | 1.0000 | $64.89 | $0.00 | $0.00 | | $0.00 | $64.89 | $0.00 | $0.00 | $0.00 | $64.89 |
| PO87145 | | Apr-13-2023 7:16 | | | | DIAMOND VANTAGE | | | | | 10051123 | | | | | Y |
| | 58 | | $583.80 | $0.00 | $0.00 | | 1.0000 | $583.80 | $13.84 | $0.00 | | $0.00 | $597.64 | $0.00 | $0.00 | $0.00 | $597.64 |
| PO87145 | | Apr-19-2023 12:26 | | | | DIAMOND VANTAGE | | | | | 10051804 | | | | | Y |
| | 8 | | $83.28 | $0.00 | $0.00 | | 1.0000 | $83.28 | $12.98 | $0.00 | | $0.00 | $96.26 | $0.00 | $0.00 | $0.00 | $96.26 |
| PO87146 | | Apr-03-2023 14:03 | | | | PROSOCO | | | | | 4719801 | | | | | Y |
| | 8 | | $651.44 | $0.00 | $0.00 | | 1.0000 | $651.44 | $109.00 | $0.00 | | $0.00 | $760.44 | $0.00 | $0.00 | $0.00 | $760.44 |

**Multi-Store Consolidation (1,2)**

| Received Purchase Orders Summary | | |
|---|---|---|
| From: Monday, April 3, 2023 | To: Saturday, April 22, 2023 | Page 2 of 4 |

Posted Only

| Purchase Order | Total Units | Received Date | | | Vendor | ExchangeRate | SubTotal | Shipping | DutyAmount | Invoice Number MiscAmount | LandedCost | Ventura | Surcharge | Posted Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | List Cost | Discount | Extra Amount | | | | | | | | | | |
| PO87147 | | Apr-12-2023  13:41 | | | STONE PRO | | | | | 1038557 | | | | Y |
| | 36 | $1,482.00 | $222.30 | $0.00 | | 1.0000 | $1,259.70 | $0.00 | $0.00 | $0.00 | $1,259.70 | $0.00 | $0.00 | $0.00 | $1,259.70 |
| PO87151 | | Apr-03-2023  10:26 | | | B.D. CLASSIC ENTERPRISES | | | | | 81740 | | | | Y |
| | 9 | $2,032.50 | $0.00 | $0.00 | | 1.0000 | $2,032.50 | $0.00 | $0.00 | $0.00 | $2,032.50 | $0.00 | $0.00 | $0.00 | $2,032.50 |
| PO87153 | | Apr-05-2023  10:52 | | | FORTE TOOLS INC | | | | | FT230372,FT230372 | | | | Y |
| | 30 | $1,798.00 | $0.00 | $0.00 | | 1.0000 | $1,798.00 | $0.00 | $0.00 | $0.00 | $1,798.00 | $0.00 | $0.00 | $0.00 | $1,798.00 |
| PO87155 | | Apr-07-2023  10:30 | | | SOLID ROCK ENTERPRISES | | | | | 246243 | | | | Y |
| | 7 | $1,180.80 | $0.00 | $0.00 | | 1.0000 | $1,180.80 | $122.45 | $0.00 | $0.00 | $1,303.25 | $0.00 | $0.00 | $0.00 | $1,303.25 |
| PO87156 | | Apr-03-2023  8:32 | | | CONCRETE RESTORATION PRODUCTS, INC | | | | | 1483 | | | | Y |
| | 12 | $1,515.28 | $0.00 | $0.00 | | 1.0000 | $1,515.28 | $0.00 | $0.00 | $0.00 | $1,515.28 | $0.00 | $0.00 | $0.00 | $1,515.28 |
| PO87159 | | Apr-05-2023  8:01 | | | CONCRETE RESTORATION PRODUCTS, INC | | | | | 1484 | | | | Y |
| | 49 | $642.35 | $0.00 | $0.00 | | 1.0000 | $642.35 | $0.00 | $0.00 | $0.00 | $642.35 | $0.00 | $0.00 | $0.00 | $642.35 |
| PO87160 | | Apr-05-2023  8:07 | | | CONCRETE RESTORATION PRODUCTS, INC | | | | | 1485 | | | | Y |
| | 45 | $1,556.87 | $0.00 | $0.00 | | 1.0000 | $1,556.87 | $0.00 | $0.00 | $0.00 | $1,556.87 | $0.00 | $0.00 | $0.00 | $1,556.87 |
| PO87161 | | Apr-11-2023  9:40 | | | NEWLOOK | | | | | 181323 | | | | Y |
| | 4 | $192.56 | $0.00 | $0.00 | | 1.0000 | $192.56 | $41.49 | $0.00 | $0.00 | $234.05 | $0.00 | $0.00 | $0.00 | $234.05 |
| PO87162 | | Apr-11-2023  7:48 | | | AMERIPOLISH | | | | | 157808 | | | | Y |
| | 4 | $141.28 | $0.00 | $0.00 | | 1.0000 | $141.28 | $0.00 | $0.00 | $0.00 | $141.28 | $0.00 | $0.00 | $0.00 | $141.28 |
| PO87162 | | Apr-11-2023  10:01 | | | AMERIPOLISH | | | | | 157808 | | | | Y |
| | 16 | $819.76 | $0.00 | $0.00 | | 1.0000 | $819.76 | $278.00 | $0.00 | $0.00 | $1,097.76 | $0.00 | $0.00 | $0.00 | $1,097.76 |
| PO87163 | | Apr-11-2023  11:55 | | | ASTC POLYMERS INC | | | | | 7655 | | | | Y |
| | 18 | $2,808.00 | $0.00 | $0.00 | | 1.0000 | $2,808.00 | $0.00 | $0.00 | $0.00 | $2,808.00 | $0.00 | $0.00 | $0.00 | $2,808.00 |
| PO87164 | | Apr-14-2023  14:57 | | | B.D. CLASSIC ENTERPRISES | | | | | 81786 | | | | Y |
| | 153 | $5,766.00 | $0.00 | $0.00 | | 1.0000 | $5,766.00 | $0.00 | $0.00 | $0.00 | $5,766.00 | $0.00 | $0.00 | $0.00 | $5,766.00 |
| PO87165 | | Apr-10-2023  11:34 | | | COHILLS  BUILDING SPECIALITIES, INC. | | | | | 0331814 | | | | Y |
| | 26 | $429.00 | $0.00 | $0.00 | | 1.0000 | $429.00 | $27.72 | $0.00 | $0.00 | $456.72 | $0.00 | $0.00 | $0.00 | $456.72 |
| PO87166 | | Apr-11-2023  6:54 | | | DO IT RIGHT | | | | | 3658 | | | | Y |
| | 114 | $2,484.06 | $0.00 | $0.00 | | 1.0000 | $2,484.06 | $30.00 | $0.00 | $0.00 | $2,514.06 | $0.00 | $0.00 | $0.00 | $2,514.06 |
| PO87167 | | Apr-07-2023  12:09 | | | INNOVATIVE CONTAINER CORP | | | | | 34663 | | | | Y |
| | 120 | $433.20 | $0.00 | $0.00 | | 1.0000 | $433.20 | $43.00 | $0.00 | $0.00 | $476.20 | $0.00 | $0.00 | $0.00 | $476.20 |

Multi-Store Consolidation (1,2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Received Purchase Orders Summary** | | | | | |
| From: Monday, April 3, 2023 | | To: Saturday, April 22, 2023 | | | | | Page 3 of 4 |

Posted Only

| Purchase Order | Total Units | Received Date / List Cost | Discount | Extra Amount | Vendor / ExchangeRate | SubTotal | Shipping | DutyAmount | Invoice Number / MiscAmount | LandedCost | Ventura | Surcharge | Posted / Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO87170 | | Apr-18-2023  8:08 | | | **LINZER PRODUCTS CORP** | | | | 771037 | | | | Y |
| | 384 | $770.85 | $0.00 | $0.00 | 1.0000 | $770.85 | $0.00 | $0.00 | $0.00 | $770.85 | $0.00 | $0.00 | $0.00 | $770.85 |
| PO87171 | | Apr-13-2023  6:42 | | | **MAJOR GLOVES & SAFETY INC** | | | | 146534 | | | | Y |
| | 20 | $56.00 | $0.00 | $0.00 | 1.0000 | $56.00 | $26.97 | $0.00 | $0.00 | $82.97 | $0.00 | $0.00 | $0.00 | $82.97 |
| PO87172 | | Apr-19-2023  8:25 | | | **MICROFIBER WHOLESALE** | | | | 20181931 | | | | Y |
| | 88 | $346.70 | $0.00 | $0.00 | 1.0000 | $346.70 | $59.57 | $0.00 | $0.00 | $406.27 | $0.00 | $0.00 | $0.00 | $406.27 |
| PO87173 | | Apr-07-2023  9:11 | | | **CONCRETE RESTORATION PRODUCTS, INC** | | | | 1486 | | | | Y |
| | 12 | $1,288.84 | $0.00 | $0.00 | 1.0000 | $1,288.84 | $0.00 | $0.00 | $0.00 | $1,288.84 | $0.00 | $0.00 | $0.00 | $1,288.84 |
| PO87174 | | Apr-17-2023  10:40 | | | **PROSOCO** | | | | 873938 | | | | Y |
| | 12 | $977.16 | $0.00 | $0.00 | 1.0000 | $977.16 | $163.00 | $0.00 | $0.00 | $1,140.16 | $0.00 | $0.00 | $0.00 | $1,140.16 |
| PO87177 | | Apr-19-2023  15:07 | | | **SRP DIAMOND TOOL** | | | | 20230410,20230410 | | | | Y |
| | 97 | $983.50 | $0.00 | $0.00 | 1.0000 | $983.50 | $0.00 | $0.00 | $0.00 | $983.50 | $0.00 | $0.00 | $0.00 | $983.50 |
| PO87178 | | Apr-11-2023  13:51 | | | **SYNTEC DIAMOND TOOLS** | | | | 0058698 | | | | Y |
| | 27 | $724.85 | $0.00 | $0.00 | 1.0000 | $724.85 | $0.00 | $0.00 | $0.00 | $724.85 | $0.00 | $0.00 | $0.00 | $724.85 |
| PO87179 | | Apr-12-2023  13:52 | | | **TWIN MAX TOOLS CORP** | | | | 2304115 | | | | Y |
| | 560 | $6,479.10 | $0.00 | $0.00 | 1.0000 | $6,479.10 | $0.00 | $0.00 | $0.00 | $6,479.10 | $0.00 | $0.00 | $0.00 | $6,479.10 |
| PO87182 | | Apr-10-2023  12:03 | | | **TWIN MAX TOOLS CORP** | | | | 2304105 | | | | Y |
| | 108 | $1,382.40 | $0.00 | $0.00 | 1.0000 | $1,382.40 | $0.00 | $0.00 | $0.00 | $1,382.40 | $0.00 | $0.00 | $0.00 | $1,382.40 |
| PO87184 | | Apr-14-2023  14:19 | | | **H.B. FULLER CONSTRUCTION PRODUCTS** | | | | 901229860 | | | | Y |
| | 21 | $302.61 | $0.00 | $0.00 | 1.0000 | $302.61 | $0.00 | $0.00 | $0.00 | $302.61 | $0.00 | $0.00 | $0.00 | $302.61 |
| PO87184 | | Apr-17-2023  14:17 | | | **H.B. FULLER CONSTRUCTION PRODUCTS** | | | | 901232597 | | | | Y |
| | 179 | $2,579.39 | $0.00 | $0.00 | 1.0000 | $2,579.39 | $0.00 | $0.00 | $0.00 | $2,579.39 | $0.00 | $0.00 | $0.00 | $2,579.39 |
| PO87186 | | Apr-19-2023  10:24 | | | **ONFLOOR TECHNOLOGIES LLC** | | | | 83788 | | | | Y |
| | 1 | $13.48 | $0.00 | $0.00 | 1.0000 | $13.48 | $25.06 | $0.00 | $0.00 | $38.54 | $0.00 | $0.00 | $0.00 | $38.54 |
| PO87187 | | Apr-11-2023  12:55 | | | **CONCRETE RESTORATION PRODUCTS, INC** | | | | 1487 | | | | Y |
| | 26 | $457.26 | $0.00 | $0.00 | 1.0000 | $457.26 | $0.00 | $0.00 | $0.00 | $457.26 | $0.00 | $0.00 | $0.00 | $457.26 |
| PO87188 | | Apr-17-2023  12:14 | | | **SOLID ROCK ENTERPRISES** | | | | 011297 | | | | Y |
| | 6 | $1,107.00 | $0.00 | $0.00 | 1.0000 | $1,107.00 | $119.44 | $0.00 | $0.00 | $1,226.44 | $0.00 | $0.00 | $0.00 | $1,226.44 |
| PO87189 | | Apr-14-2023  14:56 | | | **B.D. CLASSIC ENTERPRISES** | | | | 81792 | | | | Y |
| | 109 | $5,009.50 | $0.00 | $0.00 | 1.0000 | $5,009.50 | $0.00 | $0.00 | $0.00 | $5,009.50 | $0.00 | $0.00 | $0.00 | $5,009.50 |

**Multi-Store Consolidation (1,2)**

| Received Purchase Orders Summary | | |
|---|---|---|
| From: Monday, April 3, 2023 | To: Saturday, April 22, 2023 | Page 4 of 4 |

Posted Only

| Purchase Order | Total Units | List Cost | Discount | Extra Amount | ExchangeRate | SubTotal | Shipping | DutyAmount | MiscAmount | LandedCost | Ventura | Surcharge | Posted Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PO87190** | | | | | **Apr-17-2023 14:14** | | **B.D. CLASSIC ENTERPRISES** | | | **81799** | | | **Y** |
| | 27 | $1,823.12 | $0.00 | $0.00 | 1.0000 | $1,823.12 | $0.00 | $0.00 | $0.00 | $1,823.12 | $0.00 | $0.00 | $0.00 | $1,823.12 |
| **PO87194** | | | | | **Apr-12-2023 15:02** | | **CONCRETE RESTORATION PRODUCTS, INC** | | | **1488** | | | **Y** |
| | 11 | $1,141.58 | $0.00 | $0.00 | 1.0000 | $1,141.58 | $0.00 | $0.00 | $0.00 | $1,141.58 | $0.00 | $0.00 | $0.00 | $1,141.58 |
| **PO87196** | | | | | **Apr-14-2023 12:00** | | **CONCRETE RESTORATION PRODUCTS, INC** | | | **1489** | | | **Y** |
| | 38 | $1,473.36 | $0.00 | $0.00 | 1.0000 | $1,473.36 | $0.00 | $0.00 | $0.00 | $1,473.36 | $0.00 | $0.00 | $0.00 | $1,473.36 |
| **PO87197** | | | | | **Apr-18-2023 13:46** | | **B.D. CLASSIC ENTERPRISES** | | | **43521** | | | **Y** |
| | 9 | $2,032.50 | $0.00 | $0.00 | 1.0000 | $2,032.50 | $0.00 | $0.00 | $0.00 | $2,032.50 | $0.00 | $0.00 | $0.00 | $2,032.50 |
| **PO87202** | | | | | **Apr-20-2023 11:31** | | **CONCRETE RESTORATION PRODUCTS, INC** | | | **1490** | | | **Y** |
| | 22 | $1,512.68 | $0.00 | $0.00 | 1.0000 | $1,512.68 | $0.00 | $0.00 | $0.00 | $1,512.68 | $0.00 | $0.00 | $0.00 | $1,512.68 |
| **SOF90155** | | | | | **Apr-12-2023 13:59** | | **TWIN MAX TOOLS CORP** | | | **2304116** | | | **Y** |
| | 75 | $458.50 | $0.00 | $0.00 | 1.0000 | $458.50 | $0.00 | $0.00 | $0.00 | $458.50 | $0.00 | $0.00 | $0.00 | $458.50 |
| **SOF90160** | | | | | **Apr-12-2023 12:12** | | **AMERIPOLISH** | | | **157854** | | | **Y** |
| | 2 | $299.00 | $0.00 | $0.00 | 1.0000 | $299.00 | $78.00 | $0.00 | $0.00 | $377.00 | $0.00 | $0.00 | $0.00 | $377.00 |
| **Totals:** | **3407** | **$73,888.13** | **$222.30** | **$0.00** | | **$73,665.83** | **$1,527.46** | **$0.00** | **$0.00** | **$75,193.29** | **$0.00** | **$0.00** | **$0.00** | **$75,193.29** |

**Multi-Store Consolidation (1,2)**

| | Inventory Value Detail By Department Full Name | |
|---|---|---|
| Date Printed: Monday, April 24, 2023 | | Page 1 of 1 |

Department=RENTAL ASSET AND Sku Qty On Hand as of 2023-04-24>0

**Department Full Name**

| SKU | Product # | Description | QOH | Ext Cost | Sell | Ext Sell |
|---|---|---|---|---|---|---|
| **RENTAL ASSET** | | | | | | |
| 41003 | R-BL-1-8DEZ | 8" 110V SHOT BLASTER RENTAL #2 | 1 | $4,196.50 | $3,500.00 | $3,500.00 |
| 41005 | | 8" 220V SHOT BLASTER RENTAL #1 | 1 | $5,041.70 | $7,500.00 | $7,500.00 |
| 41070 | R-BP-15 3037 | 15" 230/460V SHOT BLASTER W/VAC | 1 | $32,130.00 | $25,000.00 | $25,000.00 |
| 41101 | R-NA2020 #1203068354 | 20" 110V BURNISHER #01 ::20" | 1 | $941.85 | $800.00 | $800.00 |
| 41102 | R-20" 110V BURN. | 20" 110V BURNISHER #02 | 1 | $1,071.85 | $1,100.00 | $1,100.00 |
| 41173 | | 27" PROPANE BURNISHER #03 | 1 | $200.00 | $1,650.00 | $1,650.00 |
| 41206 | | AUTO SCRUBBER 20" | 1 | $1,200.00 | $2,500.00 | $2,500.00 |
| 41270 | R-NS17 | 17" FLOOR MACHINE/BUFFER - HAWK | 1 | $998.00 | $779.00 | $779.00 |
| 41305 | R-W23180-MET | 7" HAND GRINDER #1/RENTAL | 1 | $194.34 | $250.00 | $250.00 |
| 41306 | W 24-180 MVT | 7" HAND GRINDER #2/RENTAL | 1 | $175.00 | $250.00 | $250.00 |
| 41411 | | 701-S VAR SPEED 2 HEAD #1 | 1 | $10,325.00 | $12,500.00 | $12,500.00 |
| 41412 | | 701-S VAR SPEED 2 HEAD #2 | 1 | $11,165.00 | $15,950.00 | $15,950.00 |
| 41417 | | 701 PROPANE 2 HEAD #1 | 1 | $11,550.00 | $14,900.00 | $14,900.00 |
| 41430 | | 6200 FLOOR GRINDER #1 | 1 | $26,041.47 | $35,500.00 | $35,500.00 |
| 41458 | | 16" HIGH SPEED ONFLOOR #1 | 1 | $2,397.00 | $3,600.00 | $3,600.00 |
| 41460 | | 16" HIGH SPEED ONFLOOR #2 | 1 | $2,796.50 | $3,100.00 | $3,100.00 |
| 41492 | | 25" MAG BROOM #2 | 1 | $324.99 | $440.00 | $440.00 |
| 41610 | R-13" GAS | 13" GAS SCARIFIER- | 1 | $7,500.00 | $8,500.00 | $8,500.00 |
| 41750 | | 5625 PROPANE RIDE-ON SCRAPER | 1 | $25,500.00 | $33,784.00 | $33,784.00 |
| 41802 | R-WS2220 | 2 MOTOR RUWAC RENTAL | 1 | $1,685.53 | $1,600.00 | $1,600.00 |
| 41902 | R-2MTR L.R. | 2 MTR LITTLE RED #120408 | 1 | $1,646.25 | $1,650.00 | $1,650.00 |
| 41915 | | S26 VACUUM RENTAL #1 | 1 | $1,978.50 | $2,638.00 | $2,638.00 |
| 41956 | | DC 3300 VACUUM #4 | 1 | $2,100.00 | $2,200.00 | $2,200.00 |
| | | **RENTAL ASSET    Sub Total:** | **23** | **$151,159.48** | | **$179,691.00** |
| | | **Total:** | **23** | **$151,159.48** | | **$179,691.00** |

**Fill in this information to identify the case:**

Debtor name    **Concrete Solutions & Supply**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **MUFG Union Bank NA** | Describe debtor's property that is subject to a lien | $329,754.42 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Special Assets Dept
Mail Code 2-83 A-300
PO Box 85436
San Diego, CA 92186**

Creditor's mailing address

**SBA Loan**

**Describe the lien**

**corky.vickers@unionbank.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. MUFG Union Bank NA
2. U.S. Small Business Administration**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Targeted Lease Capital LLC** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5500 Main St., Ste 300
Williamsville, NY 14221**

Creditor's mailing address

**Multiple filings for M&E.
The loans were paid off.
The liens were not removed.**

**Describe the lien**

**UCC-1**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | Concrete Solutions & Supply | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **TCCG, LLC**

Creditor's Name

**dba the Cambridge Capital Group**
**5877 Pine Ave., Ste 240**
**Chino Hills, CA 91709-6543**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Multiple filings for M&E.**
**The loans were paid off.**
**The liens were not removed.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**          **$0.00**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **U.S. Small Business Administration**

Creditor's Name

**SBA Disaster Loan Service Center**
**1545 Hawkins Blvd., Ste 202**
**El Paso, TX 79925-2652**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8206**

**Describe debtor's property that is subject to a lien**
**EIDL Loan: $150,000 plus accrued interest**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$150,000.00**          **$0.00**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$479,754.42**

**Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1**

| Debtor | Concrete Solutions & Supply | Case number (if known) |
|---|---|---|
| | Name | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line __2.3__ | |
| **Elan Levy Assistant US Attorney**<br>**300 N. Los Angeles St**<br>**Fdrl Bldg., Rm. 7516**<br>**Los Angeles, CA 90012** | Line __2.4__ | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.2__ | |
| **MUFG Union Bank NA**<br>**LBBY 1**<br>**350 California St**<br>**San Francisco, CA 94104** | Line __2.1__ | |
| **TCCG, LLC**<br>**dba The Cambridge Capital Group**<br>**7365 Carnelian St., Ste 228**<br>**Rancho Cucamonga, CA 91730-1136** | Line __2.3__ | |
| **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 North Spring St 5th Flr**<br>**Los Angeles, CA 90012** | Line __2.4__ | |
| **Union Bank**<br>**Commercial Loan Operations**<br>**PO Box 30115**<br>**Los Angeles, CA 90030** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name  **Concrete Solutions & Supply**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279-3555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,819.09 | $15,819.09 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**California state taxes 1st Qtr 2023** | | |
|  | Last 4 digits of account number **2848**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**3M**<br>**PO Box 844127**<br>**Dallas, TX 75284-4127** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $20,761.34 |
|  | Date(s) debt was incurred **Oct 2017 - Jan 2018**<br>Last 4 digits of account number **8582** | Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alton Anderson**<br>**1315 Calle Tulipan**<br>**Thousand Oaks, CA 91360** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,395.00 |
|  | Date(s) debt was incurred **4/14/2023**<br>Last 4 digits of account number **_** | Basis for the claim:  **$42,000 loan- Monthly payment $395.93**<br>**Loan Repayments 11/1/23 - 10/1/33;**<br>**$2,095 loan- Vehicle repayment; and**<br>**$5,300 loan (approx)- additional monies loaned.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Concrete Solutions & Supply** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,914.12**

**Ashine - Consignment**
**12D 88 Xiangyu Rd**
**Xiamen, Fujian**
**China 361006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May-Aug 2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4601**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,767.44**

**Bartell Morrison, Inc.**
**4701 Allmond Ave**
**Louisville, KY 40209-1404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov 2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3365**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,385.35**

**BDC Epoxy Systems Inc.**
**12903 Sunshine Ave**
**Santa Fe Springs, CA 90670-0445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2022 - April 2023**

Basis for the claim:  **Vendor for approx. 80,385.35**
**Loan for remaining balance**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$514.63**

**Champion Cutting Tool**
**PO Box 368**
**Rockville Centre, NY 11571-0368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jan-April 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0893**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,961.71**

**Concrete Restoration Products, Inc.**
**2626 Lavery Ct., Ste 301**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jan-April 2023**

Basis for the claim:  **Products Supplied**

Last 4 digits of account number  **CSS**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,770.03**

**Diamond Vantage**
**2025 Alton Pkwy**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March-April 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **CA01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,012.03**

**Do It Right**
**44321 62nd St. W**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jan-Mar 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Concrete Solutions & Supply**

Name                                         Case number (if known)

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,094.24 |

**Electro Motor, Inc.**
**411 Century Ct**
**Piney Flats, TN 37686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Sep 2022 & Feb 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,776.96 |

**Euclid Chemical Co**
**19218 Redwood Rd**
**PO BOx 932674**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2022 & Feb 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6518**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,519.00 |

**Forte Tools Inc**
**517 Florence Ave**
**Monterey Park, CA 91755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2022 - Feb 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **CSS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,776.26 |

**Hawk Enterprises Inc**
**2902 Park Six Ct**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **Concrete**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,323.00 |

**HB Fuller Construction Products**
**PO Box 842401**
**Boston, MA 02284-2401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Dec 2021 & Feb 2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0555**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,897.06 |

**Husqvarna**
**PO Box 2771**
**Carol Stream, IL 60132-2771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov 2022 - Feb 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3622**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.40 |

**Innovative Container Corp**
**16010 Showmaker Ave**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-April 2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **CSS**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Concrete Solutions & Supply | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.49**

**Linzer Products Corp**
**248 Wyandanch Ave**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Mar-April 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.40**

**McFadden Dale**
**129 N Maple St**
**Corona, CA 92880-1735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-April 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2030**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,050.56**

**Metabo Corp**
**PO Box 824578**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct 2022 - March 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **5640**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,559.60**

**Motive Energy**
**1500 E. Kimbery Ave**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **9660**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.05**

**New Look**
**1525 South Gladiola St., Ste 8**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **Concrete**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$841.19**

**Pacific Coast Propane**
**PO Box 313**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-March 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **6427**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,259.70**

**Stone Pro**
**1810 E. Ball Rd**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **CSS**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Concrete Solutions & Supply** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,704.04 |
|---|---|---|---|

**Syntec Diamond Tools**
**964 Borra Pl**
**Escondido, CA 92029**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,071.10 |
|---|---|---|---|

**Twin Max Tools Corp**
**5439 E La Palma Ave**
**Anaheim, CA 92807**

Date(s) debt was incurred __Feb-April 2023__

Last 4 digits of account number __CSS__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,667.33 |
|---|---|---|---|

**U.S. Saws**
**PO Box 89992**
**Tampa, FL 33689**

Date(s) debt was incurred __Feb-April 2023__

Last 4 digits of account
number __Concrete Solutions__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.95 |
|---|---|---|---|

**Westpak USA**
**2345 N. Glassell St**
**Orange, CA 92865**

Date(s) debt was incurred __March-April 2023__

Last 4 digits of account number __CSS__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Timothy A. Balog**<br>**c/o Motive Companies**<br>**28122 Rancho Viejo Rd Ste N207**<br>**San Juan Capistrano, CA 92675** | Line __3.20__<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 15,819.09 |
| 5b. Total claims from Part 2 | 5b. + | $ | 453,718.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 469,538.07 |

**Fill in this information to identify the case:**

Debtor name      **Concrete Solutions & Supply**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Monthly installment of rent: $4,012.80** | |
| State the term remaining — **November 30, 2023** | **Akpac, LLC** <br> **2626 Lavery Ct** <br> **Ste 301 and 302** <br> **Newbury Park, CA 91320** |
| List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **Phone landline lease** | |
| State the term remaining | **Telecloud** <br> **1012 W Eldorado Pkwy #1527** <br> **Little Elm, TX 75068** |
| List the contract number of any government contract | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **Monthly rent: $4,286.13** | |
| State the term remaining — **02/29/2024** | **Utopia Management & Insurance Services, Inc.** <br> **1220 Burt Place** <br> **Fullerton, CA 92831** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Concrete Solutions & Supply** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Concrete Solutions & Supply** | **2626 Lavery Ct #301 Newbury Park, CA 91320-1511** | **MUFG Union Bank NA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **Concrete Solutions & Supply** | **2626 Lavery Ct #301 Newbury Park, CA 91320-1511** | **U.S. Small Business Administration** | ■ D   2.4 ☐ E/F _____ ☐ G _____ |
| 2.3 **Concrete Solutions & Supply** | **2626 Lavery Ct #301 Newbury Park, CA 91320-1511** | **Utopia Management** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 **Concrete Solutions & Supply** | **2626 Lavery Ct #301 Newbury Park, CA 91320-1511** | **Akpac, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Concrete Solutions & Supply**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:      Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>**Operating a business - from internal financial reports**<br>☑ Other | **$2,322,037.59** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>**Operating a business - from internal financial reports**<br>☑ Other | **$2,155,065.48** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1.  **California Dept of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279-3555** | 01/31/2023<br>02/24/2023<br>03/24/2023 | **$33,738.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Tax** |

Debtor    **Concrete Solutions & Supply**                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Akpac, LLC**<br>**2626 Lavery Ct**<br>**Ste 301 and 302**<br>**Newbury Park, CA 91320** | 2/1/2023<br>3/16/2023<br>4/1/2023 | $12,074.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.3. **BDC Epoxy Systems Inc.**<br>**12903 Sunshine Ave**<br>**Santa Fe Springs, CA 90670-0445** | 1/24/23<br>2/9/23<br>3/14/23<br>3/22/23<br>4/14/23 | $55,848.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Blue Shield**<br>**PO Box 749415**<br>**Los Angeles, CA 90074-9415** | 1/24/23<br>2/22/23<br>3/24/23<br>4/17/23 | $9,206.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other___ |
| 3.5. **Concrete Restoration Products, Inc.**<br>**2626 Lavery Ct., Ste 301**<br>**Newbury Park, CA 91320** | 1/25/23<br>2/2/23<br>2/8/23<br>2/13/23<br>3/6/23<br>3/8/23<br>3/9/23<br>3/22/23<br>4/5/23<br>4/11/23<br>4/21/23 | $16,657.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. **Diamond Vantage**<br>**2025 Alton Pkwy**<br>**Irvine, CA 92606** | 1/24/23<br>2/3/23<br>3/6/23<br>3/24/23<br>4/10/23 | $10,214.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Husqvarna**<br>**PO Box 2771**<br>**Carol Stream, IL 60132-2771** | 1/31/23<br>2/20/23<br>3/24/23 | $9,331.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Paychex**<br>**500 N Brand Blvd Ste 1400**<br>**Glendale, CA 91203** | 2/3/23<br>2/17/23<br>3/3/23<br>3/20/23<br>4/5/23<br>4/20/23 | $31,657.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Terrco**<br>**222 1st Ave NW**<br>**Watertown, SD 57201** | 1/26/23<br>3/6/23<br>3/28/23<br>4/17/23 | $12,757.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Concrete Solutions & Supply**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Twin Max Tools Corp** 5439 E La Palma Ave Anaheim, CA 92807 | 1/26/23 1/31/23 3/8/23 3/24/23 4/5/23 4/7/23 4/12/23 | $31,695.94 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Utopia Management & Insurance Services, Inc.** 4617 Ruffer St San Diego, CA 92111 | 2/1/23 3/1/23 4/1/23 | $12,615.78 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Rent** |
| 3.12. **Worldpay Merchant Services** | 2/7/23 3/7/23 4/5/23 | $7,932.89 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **The Fox Law Corporation, Inc.** 17835 Ventura Blvd., Ste 306 Encino, CA 91316 | 4/19/2023 | $42,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Chapter 11 Bankruptcy Representation** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Debtor | **Concrete Solutions & Supply** | Case number *(if known)* |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Alton Anderson**<br><br>**President** | **5/5/22**<br>**5/20/22**<br>**6/3/22**<br>**3/17/22**<br>**7/5/22**<br>**4/20/22**<br>**8/5/22**<br>**8/19/22**<br>**9/2/22**<br>**9/20/22**<br>**10/5/22**<br>**10/20/22**<br>**11/4/22**<br>**11/18/22**<br>**12/5/22**<br>**12/20/22**<br>**1/5/23**<br>**1/20/23**<br>**2/3/23**<br>**2/17/23**<br>**3/3/23**<br>**3/20/23**<br>**4/5/23**<br>**4/20/23** | **$84,857.77** | **Salary** |
| 4.2.  **Jennifer L. Lloyd**<br><br>**Bookkeeper, Manager** | **38 Dates See attached report** | **$47,389.30** | **Salary** |
| 4.3.  **Concrete Restoration Products, Inc.**<br><br>**Insider** | **43 Dates See attached report** | **$94,753.78** | **Loan Repayments** |
| 4.4.  **Logix Credit Union**<br><br>**Insider** | **8/23/22**<br>**9/22/22**<br>**10/24/22**<br>**11/22/22**<br>**12/22/22**<br>**1/24/23**<br>**2/22/23**<br>**3/22/23**<br>**4/24/23** | **$8,181.99** | **Truck Rental** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor    **Concrete Solutions & Supply**                                        Case number *(if known)*

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Concrete Restoration Products, Inc.**<br>**2626 Lavery Ct., Ste 301**<br>**Newbury Park, CA 91320** | **Debtor holds consigned goods under an agreement to sell the goods for 20% of the sales price. CSS also holds machinery and equipment owned by customers that are given to CSS for repairs.**<br>Last 4 digits of account number: __**xxxx**__ | 1/31/23<br>2/28/23<br>3/31/23 | $10,500.00 |

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☑ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Concrete Solutions & Supply**                                                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **The Fox Law Corporation, Inc.** **17835 Ventura Blvd., Ste 306 Encino, CA 91316** | **Retainer of $40,262 plus the chapter 11 filing fee of $1,738** | **On 4/17/2023** | **$40,262.00** |
| Email or website address **www.foxlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Debtor    **Concrete Solutions & Supply**                    Case number *(if known)* _____

**Client/Customer List. Name, Adress, Phone Number, Email.
SSN collected only for customers applying for terms.**

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties 501 Six Nations Ave Placentia, CA 92870** | **Concrete Solutions & Supply 1220 Burt Place Fullerton, CA 92831** | **New Grind Rhino Polisher 110V #10001** | **Unknown** |

Debtor    **Concrete Solutions & Supply**                                      Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **New Grind Rhino RV8 Vac**<br>**220v #311**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **New Grind Rhino RL 500 220v**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **3 MOTOR Ruwac 110v**<br>**Seperator #260**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **3 MOTOR Blue Ruwac 110v**<br>**#7500**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **US Saws Blue Grinder 110v**<br>**#44435**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **Walk behind Floor Scraper**<br>**110v #1646**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **8" Shot Blaster 110v #80001**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **8" Shot Blaster 110v #10044** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **8" Shot Blaster 110v #80024**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **Blue Walkbehind Scarrifier**<br>**220v #1859**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **WAP VAC 110v #65136**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |

Debtor     **Concrete Solutions & Supply**                                Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **DC 3600 110v**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **DC 3600 110v Vac Separator**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Surface Preparation Specialties**<br>**See Above** | **See Above** | **Yellow Power Distribution**<br>**Box**<br>**Customer Equipment on**<br>**Consignment** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer** | **See Above** | **T7500 Vac**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **701S Terrco Grinder**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **27" Burnisher**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **32" 480v Planatary Grinder**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **27" Burnisher**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **5700 Tennant Auto Scrubber**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **15" Shotblaster and Vac**<br>**#0042**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **10" Shot Blaster and Vac**<br>**#4081** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Customer**<br>**See Above** | **See Above** | **10" Shot Blaster and Vac**<br>**#0011**<br>**Customer Equipment in for**<br>**Service** | **Unknown** |

Debtor    **Concrete Solutions & Supply**    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Customer<br>See Above | See Above | 23" Propane Burnisher<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Customer<br>See Above | See Above | Milling Machine<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Customer<br>See Above | See Above | BMS 270 Ride on Scraper<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Customer<br>See Above | See Above | BMS Ride on Scraper<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Customer<br>See Above | See Above | Environmental Resource Innovatec Ride on Scraper<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Customer<br>See Above | See Above | 20" Propane Burnisher<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Customer<br>See Above | See Above | In and Out Removal Ride on Scraper<br>Customer Equipment in for Service | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Surface Preparation Specialties | See Above | Orange Power Distribution Box<br>Customer Equipment in for Service | $0.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Surface Preparation Specialties | See Above | Red Hippo Mixer<br>Customer Equipment in for Service | $0.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Surface Preparation Specialties | See Above | Mag Broom<br>Customer Equipment in for Service | $0.00 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Surface Preparation Specialties | See Above | Werkmaster Grinder Yellow<br>Customer Equipment in for Service | $0.00 |

Debtor    **Concrete Solutions & Supply**                                   Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Surface Preparation Specialties | See Above | Werkmaster Grinder Yellow #x4c2100c **Customer Equipment in for Service** | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Surface Preparation Specialties | See Above | Werkmaster Grinder Orange **Customer Equipment in for Service** | $0.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Suface Preparation Specialties See Above | See Above | New Grind Rhino RM250 220v #156 **Customer Equipment on Consignment** | Unknown |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor   **Concrete Solutions & Supply**                                     Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **Concrete Solutions & Supply<br>2626 Lavery Ct #301<br>Newbury Park, CA<br>91320-1511** | | **Dates business existed**<br><br>**EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Alton Anderson** | **2005-Current** |
| 26a.2.   **Desiree Carson** | **2020-Current** |
| 26a.3.   **Bottom Line, Inc.<br>4333 Park Terrace Dr., Ste 110<br>Westlake Village, CA 91361** | **2020-Current** |
| 26a.4.   **Jennifer Lloyd** | **2005-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **See 26a** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Union Bank<br>Commercial Loan Operations<br>PO Box 30115<br>Los Angeles, CA 90030** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **Concrete Solutions & Supply**                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Debtor's Personnel** | **Ongoing** | **See schedule B** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Concrete Solutions & Supply** <br> **2626 Lavery Ct #301** <br> **Newbury Park, CA 91320-1511** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alton Anderson** | **1315 Calle Tulipan** <br> **Thousand Oaks, CA 91360** | **Principal. Equity.** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See SFA 4** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Concrete Solutions & Supply**                                        Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 25, 2023**

_____          **Alton Anderson**
Signature of individual signing on behalf of the debtor          Printed name


Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Concrete Pumping Supply
Employee QuickReport
April 22, 2022 through April 22, 2023

| | Type | Date | Num | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Alton Anderson** | | | | | | |
| | Check | 05/05/2022 | 635 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.36 |
| | Check | 05/20/2022 | 643 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.37 |
| | Check | 06/03/2022 | 651 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.35 |
| | Check | 06/17/2022 | 659 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.36 |
| | Check | 07/05/2022 | 669 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.37 |
| | Check | 07/20/2022 | 679 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.35 |
| | Check | 08/05/2022 | 688 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.36 |
| | Check | 08/19/2022 | 703 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.37 |
| | Check | 09/02/2022 | 713 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.35 |
| | Check | 09/20/2022 | 723 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.36 |
| | Check | 10/05/2022 | 732 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.37 |
| | Check | 10/20/2022 | 742 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.35 |
| | Check | 11/04/2022 | 751 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.36 |
| | Check | 11/18/2022 | 759 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.37 |
| | Check | 12/05/2022 | 767 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.35 |
| | Check | 12/20/2022 | 774 | 1005 · CHECKING - NEW CHECKING | √ | 3,323.36 |
| | Check | 01/05/2023 | 781 | 1005 · CHECKING - NEW CHECKING | √ | 3,385.89 |
| | Check | 01/20/2023 | 786 | 1005 · CHECKING - NEW CHECKING | √ | 3,385.89 |
| | Check | 02/03/2023 | 795 | 1005 · CHECKING - NEW CHECKING | √ | 3,385.89 |
| | Check | 02/17/2023 | 803 | 1005 · CHECKING - NEW CHECKING | √ | 3,385.89 |
| | Check | 03/03/2023 | 812 | 1005 · CHECKING - NEW CHECKING | * | 3,385.89 |
| | Check | 03/20/2023 | 821 | 1005 · CHECKING - NEW CHECKING | * | 3,385.89 |
| | Check | 04/05/2023 | 830 | 1005 · CHECKING - NEW CHECKING | | 3,385.89 |
| | Check | 04/20/2023 | 839 | 1005 · CHECKING - NEW CHECKING | | 3,385.89 |
| **Total Alton Anderson** | | | | | | 80,260.88 |
| **TOTAL** | | | | | | 80,260.88 |

| | Type | Date | Num | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Jennifer L Lloyd** | | | | | | |
| | Check | 05/05/2022 | 637 | 1005 · CHECKING - NEW CHECKING | √ | 2,246.42 |
| | Check | 05/20/2022 | 645 | 1005 · CHECKING - NEW CHECKING | √ | 2,246.42 |
| | Check | 06/03/2022 | 653 | 1005 · CHECKING - NEW CHECKING | √ | 2,246.42 |
| | Check | 06/17/2022 | 661 | 1005 · CHECKING - NEW CHECKING | √ | 2,246.42 |
| | Check | 07/05/2022 | 671 | 1005 · CHECKING - NEW CHECKING | √ | 2,246.43 |
| | Check | 07/26/2022 | 22489 | 1005 · CHECKING - NEW CHECKING | √ | 910.00 |
| | Check | 08/02/2022 | 22512 | 1005 · CHECKING - NEW CHECKING | √ | 1,315.30 |
| | Check | 08/09/2022 | 22529 | 1005 · CHECKING - NEW CHECKING | √ | 702.80 |
| | Check | 08/16/2022 | 22533 | 1005 · CHECKING - NEW CHECKING | √ | 717.50 |
| | Check | 08/23/2022 | 22553 | 1005 · CHECKING - NEW CHECKING | √ | 927.50 |
| | Check | 08/30/2022 | 22559 | 1005 · CHECKING - NEW CHECKING | √ | 813.75 |
| | Check | 09/06/2022 | 22578 | 1005 · CHECKING - NEW CHECKING | √ | 761.25 |
| | Check | 09/13/2022 | 22626 | 1005 · CHECKING - NEW CHECKING | √ | 770.00 |
| | Check | 09/20/2022 | 22638 | 1005 · CHECKING - NEW CHECKING | √ | 953.75 |
| | Check | 09/27/2022 | 22648 | 1005 · CHECKING - NEW CHECKING | √ | 980.00 |

For Management Discussion Purposes Only

Employee QuickReport

April 22, 2022 through April 22, 2023

| Type | Date | Num | Account | Clr | Amount |
|------|------|-----|---------|-----|--------|
| Check | 10/04/2022 | 22655 | 1005 · CHECKING - NEW CHECKING | √ | 673.75 |
| Check | 10/11/2022 | 22663 | 1005 · CHECKING - NEW CHECKING | √ | 595.00 |
| Check | 10/18/2022 | 22675 | 1005 · CHECKING - NEW CHECKING | √ | 1,045.63 |
| Check | 10/25/2022 | 22686 | 1005 · CHECKING - NEW CHECKING | √ | 1,155.00 |
| Check | 11/01/2022 | 22731 | 1005 · CHECKING - NEW CHECKING | √ | 953.75 |
| Check | 11/08/2022 | 22739 | 1005 · CHECKING - NEW CHECKING | √ | 892.50 |
| Check | 11/15/2022 | 22747 | 1005 · CHECKING - NEW CHECKING | √ | 250.00 |
| Check | 11/18/2022 | 22748 | 1005 · CHECKING - NEW CHECKING | √ | 516.25 |
| Check | 11/22/2022 | 22762 | 1005 · CHECKING - NEW CHECKING | √ | 691.25 |
| Check | 11/29/2022 | 22772 | 1005 · CHECKING - NEW CHECKING | √ | 835.63 |
| Check | 12/06/2022 | 22777 | 1005 · CHECKING - NEW CHECKING | √ | 1,163.75 |
| Check | 12/13/2022 | 22778 | 1005 · CHECKING - NEW CHECKING | √ | 1,050.00 |
| Check | 12/20/2022 | 22803 | 1005 · CHECKING - NEW CHECKING | √ | 857.50 |
| Check | 12/27/2022 | 22804 | 1005 · CHECKING - NEW CHECKING | √ | 752.50 |
| Check | 01/03/2023 | 22812 | 1005 · CHECKING - NEW CHECKING | √ | 953.75 |
| Check | 01/10/2023 | 22821 | 1005 · CHECKING - NEW CHECKING | √ | 682.50 |
| Check | 01/17/2023 | 22832 | 1005 · CHECKING - NEW CHECKING | √ | 918.75 |
| Check | 01/24/2023 | 22833 | 1005 · CHECKING - NEW CHECKING | √ | 901.25 |
| Check | 02/17/2023 | 805 | 1005 · CHECKING - NEW CHECKING | √ | 2,321.85 |
| Check | 03/03/2023 | 814 | 1005 · CHECKING - NEW CHECKING | √ | 2,103.91 |
| Check | 03/20/2023 | 823 | 1005 · CHECKING - NEW CHECKING | √ | 1,773.46 |
| Check | 04/05/2023 | 832 | 1005 · CHECKING - NEW CHECKING | * | 2,096.88 |
| Check | 04/20/2023 | 841 | 1005 · CHECKING - NEW CHECKING | | 1,574.65 |
| Total Jennifer L Lloyd | | | | | 44,843.47 |
| TOTAL | | | | | 44,843.47 |

For Management Discussion Purposes Only

11:56 AM
04/23/23

Case 9:23-bk-10314-RC    Doc 1   Filed 04/25/23   Entered 04/25/23 11:22:27    Desc
Main Document    Page 56 of 66

Concrete Restoration Supply
Union QuickReport
April 1, 2022 through April 23, 2023

| Vendor | Type | Date | Num | Amount |
|--------|------|------|-----|--------|
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/06/2022 | TRANSFER | (3,814.34) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/14/2022 | TRANSFER | (8,104.55) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/20/2022 | TRANSFER | (1,089.79) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 05/10/2022 | TRANSFER | (1,765.54) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 05/10/2022 | TRANSFER | (277.10) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 05/12/2022 | TRANSFER | (570.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 05/16/2022 | TRANSFER | (1,974.48) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 05/20/2022 | TRANSFER | (8,093.46) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 05/31/2022 | TRANSFER | (900.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 06/30/2022 | TRANSFER | (570.25) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 07/15/2022 | TRANSFER | (1,544.04) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 08/01/2022 | TRANSFER | (12,152.02) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 07/26/2022 | TRANSFER | (2,967.36) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 08/19/2022 | TRANSFER | (1,560.87) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 08/19/2022 | TRANSFER | (1,241.69) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 09/01/2022 | TRANSFER | (1,850.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 09/13/2022 | TRANSFER | (1,542.04) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 09/22/2022 | TRANSFER | (150.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 09/26/2022 | TRANSFER | (1,000.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 10/11/2022 | TRANSFER | (2,363.02) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 10/31/2022 | TRANSFER | (1,825.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 11/07/2022 | TRANSFER | (300.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 12/01/2022 | TRANSFER | (2,943.94) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 12/05/2022 | TRANSFER | (270.02) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 12/09/2022 | TRANSFER | (1,140.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 12/15/2022 | TRANSFER | (11,036.61) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 12/21/2022 | TRANSFER | (1,599.51) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 12/28/2022 | TRANSFER | (1,554.80) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 01/03/2023 | TRANSFER | (600.75) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 01/13/2023 | TRANSFER | (1,569.01) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 01/17/2023 | TRANSFER | (1,726.53) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 01/25/2023 | TRANSFER | (4,597.54) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 02/02/2023 | TRANSFER | (1,718.29) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 02/08/2023 | TRANSFER | (1,800.63) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 02/13/2023 | TRANSFER | (1,950.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 03/06/2023 | TRANSFER | (1,204.39) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 03/08/2023 | TRANSFER | (50.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 03/09/2023 | TRANSFER | (825.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 03/22/2023 | TRANSFER | (100.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/05/2023 | TRANSFER | (1,688.67) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/05/2023 | TRANSFER | (2,042.54) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/11/2023 | TRANSFER | (150.00) |
| CONCRETE RESTORATION PRODUCTS, INC | Bill Pmt -Check | 04/21/2023 | TRANSFER | (530.00) |
| | | | | (94,753.78) |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re    **Concrete Solutions & Supply**                           Case No.
                                     Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **42,000.00** |
    | Prior to the filing of this statement I have received | $ | **42,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    �■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    �■ Debtor      ☐ Other (specify):

4.  �■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 25, 2023**
*Date*

**/s/ Steven R. Fox**
**Steven R. Fox**
*Signature of Attorney*
**The Fox Law Corporation Inc.**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545  Fax: 818 774-3707**
**SRFox@foxlaw.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Steven R. Fox**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545 Fax: 818 774-3707**
California State Bar Number: **138808 CA**
**SRFox@foxlaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Concrete Solutions & Supply**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 25, 2023**

**/s/ Alton Anderson**
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 25, 2023**

**/s/ Steven R. Fox**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Concrete Solutions & Supply
2626 Lavery Ct #301
Newbury Park, CA 91320-1511


Steven R. Fox
The Fox Law Corporation Inc.
17835 Ventura Blvd #306
Encino, CA 91316


3M
PO Box 844127
Dallas, TX 75284-4127


Akpac, LLC
2626 Lavery Ct
Ste 301 and 302
Newbury Park, CA 91320


Alton Anderson
1315 Calle Tulipan
Thousand Oaks, CA 91360


Ashine - Consignment
12D 88 Xiangyu Rd
Xiamen, Fujian
China 361006


Bartell Morrison, Inc.
4701 Allmond Ave
Louisville, KY 40209-1404


BDC Epoxy Systems Inc.
12903 Sunshine Ave
Santa Fe Springs, CA 90670-0445

California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-3555


Champion Cutting Tool
PO Box 368
Rockville Centre, NY 11571-0368


Concrete Restoration Products, Inc.
2626 Lavery Ct., Ste 301
Newbury Park, CA 91320


Corporation Service Company
801 Adlai Stevenson Dr
Springfield, IL 62703-4261


Diamond Vantage
2025 Alton Pkwy
Irvine, CA 92606


Do It Right
44321 62nd St. W
Lancaster, CA 93536


Elan Levy Assistant US Attorney
300 N. Los Angeles St
Fdrl Bldg., Rm. 7516
Los Angeles, CA 90012


Electro Motor, Inc.
411 Century Ct
Piney Flats, TN 37686

Euclid Chemical Co
19218 Redwood Rd
PO BOx 932674
Cleveland, OH 44193


Forte Tools Inc
517 Florence Ave
Monterey Park, CA 91755


Hawk Enterprises Inc
2902 Park Six Ct
Elkhart, IN 46514


HB Fuller Construction Products
PO Box 842401
Boston, MA 02284-2401


Husqvarna
PO Box 2771
Carol Stream, IL 60132-2771


Innovative Container Corp
16010 Showmaker Ave
Cerritos, CA 90703


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Linzer Products Corp
248 Wyandanch Ave
West Babylon, NY 11704

McFadden Dale
129 N Maple St
Corona, CA 92880-1735


Metabo Corp
PO Box 824578
Philadelphia, PA 19182


Motive Energy
1500 E. Kimbery Ave
Fullerton, CA 92831


MUFG Union Bank NA
Special Assets Dept
Mail Code 2-83 A-300
PO Box 85436
San Diego, CA 92186


MUFG Union Bank NA
LBBY 1
350 California St
San Francisco, CA 94104


New Look
1525 South Gladiola St., Ste 8
Salt Lake City, UT 84104


Pacific Coast Propane
PO Box 313
Ontario, CA 91762


Stone Pro
1810 E. Ball Rd
Anaheim, CA 92805

Syntec Diamond Tools
964 Borra Pl
Escondido, CA 92029


Targeted Lease Capital LLC
5500 Main St., Ste 300
Williamsville, NY 14221


TCCG, LLC
dba the Cambridge Capital Group
5877 Pine Ave., Ste 240
Chino Hills, CA 91709-6543


TCCG, LLC
dba The Cambridge Capital Group
7365 Carnelian St., Ste 228
Rancho Cucamonga, CA 91730-1136


Telecloud
1012 W Eldorado Pkwy #1527
Little Elm, TX 75068


Timothy A. Balog
c/o Motive Companies
28122 Rancho Viejo Rd Ste N207
San Juan Capistrano, CA 92675


Twin Max Tools Corp
5439 E La Palma Ave
Anaheim, CA 92807


U.S. Saws
PO Box 89992
Tampa, FL 33689

```
U.S. Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd., Ste 202
El Paso, TX 79925-2652


U.S. Small Business Administration
Office of General Counsel
312 North Spring St 5th Flr
Los Angeles, CA 90012


Union Bank
Commercial Loan Operations
PO Box 30115
Los Angeles, CA 90030


Utopia Management & Insurance
Services, Inc.
1220 Burt Place
Fullerton, CA 92831


Westpak USA
2345 N. Glassell St
Orange, CA 92865
```

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Steven R. Fox**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545 Fax: 818 774-3707**
California State Bar Number: **138808 CA**
**SRFox@foxlaw.com**

FOR COURT USE ONLY

☑ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Concrete Solutions & Supply**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, ___**Alton Anderson**_____ , the undersigned in the above-captioned case, hereby declare

    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                  **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:
- [✓] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.  [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*

b.    [✓] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **April 25, 2023** | By:   /s/ Alton Anderson |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:   **Alton Anderson** |
| | Printed name of Debtor, or attorney for Debtor |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                            **F 1007-4.CORP.OWNERSHIP.STMT**